```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 35798
   LISA VALENCIA HUGHES
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-9630


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/31/08 .

   2.  The case was dismissed without confirmation, 02/06/2009.

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------

       Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED     PRIORITY   UNSECURED        OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00         .00           .00            .00
PRINCIPAL PAID        .00         .00         .00           .00            .00
INTEREST PAID         .00         .00         .00           .00            .00
TOTAL PAID            .00         .00         .00           .00            .00
The Debtor's attorney, PRO SE DEBTOR                  , was allowed $      .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $       .00 .




     Dated: 03/11/09              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 08 B 35798 LISA VALENCIA HUGHES
```